**Electronically Filed**
**Supreme Court**
**SCWC-14-0000782**
**08-APR-2015**
**12:56 PM**

SCWC-14-0000782

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LEX R. SMITH and CYNTHIA M. NOJIMA,
Respondents/Plaintiffs-Appellees,

vs.

JERRY TUBAL,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000782; CASE NO. 1RC13-1-2385)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ., and
Circuit Judge To'oto'o, in place of McKenna, J., recused)

Petitioner/Defendant-Appellant Jerry Tubal's

Application for Writ of Certiorari, filed on February 26, 2015,

is hereby rejected.

DATED: Honolulu, Hawai'i, April 8, 2015.

Anthony P. Locricchio
for petitioner

Jesse W. Schiel
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Fa'auuga To'oto'o

